IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JESS DAVID LANKFORD, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:07-CV-305 (HL) |
| Probation Officer PHILIAW, | : | |
| Defendant | : | **ORDER** |

On August 8, 2007, Plaintiff **JESS DAVID LANKFORD**, a probationer incarcerated at the Putnam County Jail in Eatonton, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order dated August 28, 2007, the Court ordered plaintiff to pay an initial partial filing fee. Plaintiff failed to pay the initial partial filing fee.

Therefore, in an Order to Show Cause dated October 23, 2007, the Court ordered plaintiff to show cause to the Court, by November 5, 2007, why his case should not be dismissed for failure to pay the initial partial filing fee. Plaintiff was ordered to advise the court: (1) what attempts, in any, he made to pay the required filing fee; (2) whether he requested prison officials to withdraw the required amount from his account and to submit it to the Court; and (3) whether he wishes to proceed with his lawsuit.

Plaintiff has failed to pay the initial partial filing fee or respond to the October 23, 2007 Order to Show Cause. Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 13th day of November, 2007.

s/ Hugh Lawson<br>
HUGH LAWSON<br>
UNITED STATES DISTRICT JUDGE

lnb